UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-cr-00297-03 |
| VERSUS | JUDGE WALTER |
| RACHEL A. FOTHERGILL (03) | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offenses charged in Count 1 of the Indictment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 7th day of August, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE